AO 440 (Rev DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 4/25/07 |
| NAME OF SERVER (PRINT) Jason Morgan | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail Article # 7005-1820-0004-0062-3219 Addressed to: General Counsel, Dept of V.A., 810 Vermont Ave. N.W. Washington DC 20420

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $5.12 Postage | TOTAL $5.12 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/25/07
                Date            Signature of Server

2175 K St. N.W., Suite 600
Washington DC  20037
*Address of Server*

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Attn: General Counsel
   US Dept. of Veterans Affairs
   810 Vermont Ave., N.W.
   Washington, D.C. 20420

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Kelly McCarthy    ☐ Agent  ☒ Addressee

B. Received by (Printed Name)  Kelly McCarthy
C. Date of Delivery  5/1/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7005 1820 0004 0062 3219

(1) As to who may serve a summons see Rule

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540