AO 440 (Rev DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 4/25/07 |
| NAME OF SERVER *(PRINT)* Jason Morgen | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail - Article # 7005-1280-0004-0062-3226
Addressed to: US Attorney General Alberto Gonzales
Dept. of Justice Room B-103
950 Pennsylvania Ave, N.W. Washington DC 20530

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $5.12 | $5.12 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/25/07
        Date        Signature of Server

        2175 K St. NW Suite 600
        Washington D.C. 20037
        *Address of Server*

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Attn: Civil Process Clerk
    Unites States Attorney General
    Alberto Gonzales
    Room B-103
    950 Pennsylvania Ave., N.W.
    Washington, D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature    ☐ Agent  ☐ Addressee
X _____

B. Received by (Printed Name)    C. Date of Delivery
APR 30 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

2. Article Number
   *(Transfer from service label)*

(1) As to who may serve a summons see Rule 4

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540