# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD D. LIEBERMAN,           )<br>                                 )<br>        Plaintiff,               )<br>                                 )<br>    v.                           )    Civil Action No. 07-0739 (ESH)<br>                                 )<br>UNITED STATES DEPARTMENT         )<br>OF VETERANS AFFAIRS,             )<br>                                 )<br>        Defendant.               )<br>                                 )<br>RICHARD D. LIEBERMAN,           )<br>                                 )<br>        Plaintiff,               )<br>                                 )<br>    v.                           )    Civil Action No. 07-1036 (ESH)<br>                                 )<br>UNITED STATES DEPARTMENT         )<br>OF VETERANS AFFAIRS,             )<br>                                 )<br>        Defendant.               )<br>                                 )| |

## CONSOLIDATION ORDER

Plaintiff has filed the above civil actions pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, challenging the denial by the United States Department of Veterans Affairs (the "Department") of his two FOIA requests. In those requests, plaintiff sought disclosure of a single category of records - - "all invoices and orders placed for boxes, envelopes, bags, coolers, gel packs and all other packaging and shipping supplied . . . for the Dallas, Texas Consolidated Mail Outpatient Pharmacy" - - for two specified time periods. The Department denied both requests on the ground that the records were exempt from disclosure under FOIA

Exemption 4. Plaintiff separately appealed these denials to the Department's General Counsel and thereafter filed these two actions.

Federal Rule of Civil Procedure 42(a) grants the Court broad discretion to order pending actions consolidated when those actions "involv[e] a common question of law or fact." Fed. R. Civ. P. 42(a). The above-referenced actions require the Court to resolve the same legal question - - namely, whether the records plaintiff seeks are encompassed by FOIA Exemption 4 - - and the Court will therefore exercise its discretion under Rule 42(a) to consolidate the actions. Accordingly, it is hereby

**ORDERED** that the above-captioned cases are consolidated into Civil Action No. 07-0739; it is

**FURTHER ORDERED** that Civil Action No. 07-1036 shall be administratively closed pending further order of the Court; and it is

**FURTHER ORDERED** that all pleadings shall henceforth be filed only in Civil Action No. 07-0739.

**SO ORDERED**.

                                                          /s/
                                      ELLEN SEGAL HUVELLE
                                      United States District Judge

Date: June 15, 2007