UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD D. LIEBERMAN,** )<br>)<br>　**Plaintiff,** )<br>)<br>　v. )<br>)<br>**UNITED STATES DEPARTMENT OF** )<br>　**VETERANS AFFAIRS,** )<br>)<br>　**Defendant.** ) | Civil Action No. 07-739 (ESH) |

## STIPULATED SCHEDULING ORDER

Subject to the Court's approval, the parties, by counsel, stipulate to the following schedule in this case:

1  Defendant shall file its response to the first Complaint (Docket #1) in this now consolidated case on or before June 22, 2007 unless a motion for voluntary dismissal of that Complaint is filed in advance.

2. Defendant shall file its response to the second Complaint (initially filed under Civil Action No. 07-1036) in this now consolidated case on or before July 25, 2007 unless a motion for voluntary dismissal of that Complaint is filed in advance.

Respectfully submitted,


_____/s/_____        _____/s/_____
JEFFREY TAYLOR, D.C. BAR #498610         RICHARD D. LIEBERMAN
United States Attorney                   D.C. BAR #419303
                                         McCarthy, Sweeney & Harkaway
                                         2175 K Street, NW
                                         Suite 600
_____/s/_____        Washington, DC 20037
RUDOLPH C. CONTRERAS, D.C. BAR # 434122   (202)775-5560
Assistant United States Attorney

_____/s/_____
ALEXANDER D. SHOAIBI, D.C. BAR # 423587
Assistant United States Attorney
Judiciary Center Building, Room E4218
555 4th Street, NW
Washington, DC 20530
Tel: (202) 514-7236

                                            APPROVED:

                                            _____
                                            UNITED STATES DISTRICT JUDGE
                                            Date: