UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 2 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| RICHARD D. LIEBERMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-739 (ESH) |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| VETERANS AFFAIRS, ) | |
| ) | |
| Defendant. ) | |

## STIPULATED SCHEDULING ORDER

Subject to the Court's approval, the parties, by counsel, stipulate to the following schedule in this case:

1 Defendant shall file its response to the first Complaint (Docket #1) in this now consolidated case on or before June 22, 2007 unless a motion for voluntary dismissal of that Complaint is filed in advance.

2. Defendant shall file its response to the second Complaint (initially filed under Civil Action No. 07-1036) in this now consolidated case on or before July 25, 2007 unless a motion for voluntary dismissal of that Complaint is filed in advance.

Respectfully submitted,

_____/s/_____
JEFFREY TAYLOR, D.C. BAR #498610
United States Attorney

_____/s/_____
RUDOLPH C. CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____/s/_____
RICHARD D. LIEBERMAN
D.C. BAR #419303
McCarthy, Sweeney & Harkaway
2175 K Street, NW
Suite 600
Washington, DC 20037
(202)775-5560

_____/s/_____
ALEXANDER D. SHOAIBI, D.C. BAR # 423587
Assistant United States Attorney
Judiciary Center Building, Room E4218
555 4th Street, NW
Washington, DC 20530
Tel: (202) 514-7236

APPROVED:

*/s/ Ellen S. Huvck*
UNITED STATES DISTRICT JUDGE
Date: 6/26/07