# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD D. LIEBERMAN<br>McCarthy, Sweeney, & Harkaway, PC<br>2175 K Street, N.W.<br>Suite 600<br>Washington, DC 20037<br><br>            Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF<br>VETERANS AFFAIRS<br>810 Vermont Ave., N.W.<br>Washington, D.C. 20420<br><br>            Defendant. | Civil Action No. 07-00739 (ESH) |

## MOTION TO DISMISS IN PART

Pursuant to Fed. R. Civ. P. 7(b), Plaintiff moves to dismiss with prejudice that portion of the case relating to Civil Action No. 07-00739, filed on April 23, 3007. The Government has produced the documents sought. This motion does not extend to the documents sought in the now administratively closed Civil Action No. 07-01036, filed on June 11, 2007, which have not yet been produced.

                                                                Respectfully Submitted,


                                                                _____/s/_____
                                                                RICHARD D. LIEBERMAN
                                                                D.C. BAR # 419303
                                                                McCarthy, Sweeny & Harkaway, P.C.
                                                                2175 K. Street, N.W., Suite 600
Dated: June 26, 2007                                            Washington, DC 20037

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| RICHARD D. LIEBERMAN<br>McCarthy, Sweeney, & Harkaway, PC<br>2175 K Street, N.W.<br>Suite 600<br>Washington, DC  20037 | )<br>)<br>)<br>)<br>)<br>)<br>) |  |
| Plaintiff, | ) | Civil Action No. 07-00739 (ESH) |
| v. | )<br>)<br>) |  |
| UNITED STATES DEPARTMENT OF<br>VETERANS AFFAIRS<br>810 Vermont Ave., N.W.<br>Washington, D.C. 20420 | )<br>)<br>)<br>)<br>) |  |
| Defendant. | ) |  |

**ORDER**

**ORDERED,** that the portion of the case relating to Civil Action No. 07-00739, filed on April 23, 2007, is dismissed with prejudice.  This order does not extend to the documents sought in Civil Action No. 07-01036, filed on June 11, 2007.

**SO ORDERED.**

 _____
 ELLEN SEGAL HUVELLE
 United States District Judge