UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| RICHARD D. LIEBERMAN, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-0739 (ESH) |
| UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, | ) ) ) | |
| Defendant. | ) ) | |
| RICHARD D. LIEBERMAN, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-1036 (ESH) |
| UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, | ) ) ) | |
| Defendant. | ) ) ) | |

## ORDER

Upon consideration of plaintiff's motion to dismiss with prejudice that portion of the case relating to Civil Action No. 07-0739 on the ground that the documents requested in that action have now been produced, it is hereby

**ORDERED** that the motion [Dkt. # 10] is **GRANTED**; it is

**FURTHER ORDERED** that the Court's June 15, 2007 Consolidation Order is **VACATED** and that the Clerk of the Court is directed to reopen Civil Action No. 07-1036; it is

**FURTHER ORDERED** that defendant shall file its response to the complaint in Civil

Action No. 07-1036 on or before July 25, 2007, unless a motion for voluntary dismissal of that complaint is filed in advance; and it is

**FURTHER ORDERED** that Civil Action No. 07-0739 is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

                                         /s/
                             ELLEN SEGAL HUVELLE
                             United States District Judge

Date: June 26, 2007